CHARLES W. CORBIN et al., Appellants, v. ROLLIN SKEETE, Respondent.— In an action to recover damages for assault, plaintiffs appeal from a judgment entered in favor of defendant after trial before the court without a jury. Judgment unanimously affirmed, without costs. No opinion. Present — Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

■

JACOB FRUMMER, as Trustee of the Estate of ESTHER GREENBERG, Also Known as ESTHER LESIN, a Bankrupt, Respondent, v. ESTHER GREENBERG, Also Known as ESTHER LESIN, et al., Appellants, and LEO BLATT, as Trustee of the Estate of SAUL GREENBERG, a Bankrupt, et al., Respondents.— Appeal from a judgment for plaintiff and from an order denying a motion for a new trial in an action brought by a trustee in bankruptcy to be declared the owner of certain realty, and for other relief. Judgment and order unanimously affirmed, with costs to plaintiff-respondent. There was ample evidence before the trial court upon which to base a finding that this real estate belonged to appellant Esther Greenberg, the bankrupt, and as such became an asset of the estate of said bankrupt. There is also no ground for vacating the judgment and granting a new trial on the basis of the appellants' contention as to what the understanding of all the parties may have been in addition to the terms of the stipulation as placed upon the record by the court reporter. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ. [See *post*, p. 960.]

■

ANGELINA IANNIELLO, as Administratrix of the Estate of LEONARDO IANNIELLO, Deceased, Appellant, v. FRANK I. GINSBURG et al., Doing Business as GINSBURG & HORAN Co., et al., Respondents.— In an action to set aside the satisfaction of a judgment in plaintiff's favor in a death action, and for other relief, based on defendants' alleged fraud and deceit in obtaining a settlement of said judgment, plaintiff appeals from a judgment dismissing the complaint upon the merits after trial. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ.